IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:05-CV-130-W

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM R. WARD, ) <br> ) <br> Defendant/Counter-Plaintiff. ) <br> ) | ORDER |

THIS MATTER is before the Court on its own motion concerning the status of the case and the parties' failure to prosecute this case. Plaintiff filed its complaint on 23 March 2005 seeking injunctive and monetary relief arising out of the alleged breach of a franchise agreement and a covenant not to compete contained therein. Defendant was served on 31 March 2005 and subsequently answered the complaint on 2 May 2005, asserting one counterclaim against Plaintiff.

On 16 May 2005, this Court granted Plaintiff's motion for preliminary injunction, ordering specific performance of the covenant not to compete for a period of one year. The preliminary injunction expired by its own terms on 16 May 2006. Since the commencement of this action, no effort has been made by either party to prosecute their claims for monetary relief. Plaintiff is technically in default of Defendant's counterclaim (no answer being on record), but Defendant has made no motion for entry of default or default judgment. The parties apparently have not conferred pursuant to Fed. R. Civ. P. 26(f), no certification of initial attorney's conference has been filed as required by Local Rule 16.1, and presumably no discovery has been undertaken to date.

Now, therefore, it is ORDERED that on or before 1 December 2006, both parties shall

SHOW CAUSE why their claims should not be DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. The parties are hereby put on notice that failure to make a timely response to this Order to Show Cause will result in DISMISSAL of this lawsuit. The Clerk is DIRECTED to send copies of this Order to Show Cause to counsel for the Plaintiff and to the *pro se* Defendant.

       IT IS SO ORDERED.

Signed: November 9, 2006

Frank D. Whitney
United States District Judge