UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 3:05cv130

| | |
|---|---|
| **MEINEKE CAR CARE CENTER,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**WARD,** )<br>)<br>Defendant. ) | CLERK'S ORDER OF DISBURSEMENT |

      This matter is before the Clerk for purposes of disbursing the bond monies on deposit with the Clerk. A bond in the amount of $100.00 was posted by Plaintiff Meineke Car Care Center on June 3, 2005, (docket entry 8).

      An audit of the court's accounts revealed this matter was closed on February 5, 2007, by entry of default judgment thus closing the case.

      Therefore, the bond in the amount of $100.00 shall be returned to Plaintiff Meineke Car Care Center.

      So ORDERED this 22nd day of August, 2013.

Signed: August 22, 2013

Frank G. Johns, Clerk
United States District Court